IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRIAN K. DOTSON, )<br>)<br>Plaintiff, )<br>) <br>-vs- )<br>)<br>BRP US INC., a Delaware Corporation, )<br>formerly known as BOMBARDIER MOTOR )<br>CORPORATION OF AMERICA, )<br>)<br>Defendant. ) | CASE NO. 06-cv-4004-JPG |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendant BRP US, INC., formerly known as Bombardier Motor Corporation of America, and against plaintiff Brian K. Dotson.

**DATED:  January 31, 2007**            **NORBERT JAWORSKI**

                                                                    **By:s/Deborah Agans, Deputy Clerk**


**Approved:**     s/ J. Phil Gilbert
                          **J. PHIL GILBERT**
                          **DISTRICT JUDGE**