IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRIAN K. DOTSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 06-cv-4004-JPG |
| -vs- ) | |
| ) | |
| BRP US INC., a Delaware Corporation, ) | |
| formerly known as BOMBARDIER MOTOR ) | |
| CORPORATION OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

This matter comes on for consideration on the motion by defendant BRP US INC., formerly known as Bombardier Motor Corporation of America ("BRP") for an award of attorney fees, expenses and costs (Doc. 38). BRP requests (1) attorney fees and expenses incurred in preparing for and attending the in-court status conference held on January 23, 2007, where neither the plaintiff nor his counsel attended and (2) costs as a prevailing party in this litigation. Plaintiff Brian K. Dotson has not responded to the motion.

I.   **Fees and Expenses in Connection with January 23, 2007, Conference**

BRP's counsel requests attorney's fees and expenses in the amount of $284.00 in connection with preparing for and attending the January 23, 2007, in-court status conference which plaintiff's counsel did not attend. Federal Rule of Civil Procedure 16(f) authorizes the Court to sanction an attorney who fails to appear on behalf of her client at a pretrial conference by requiring the attorney to pay the reasonable expenses, including attorney's fees, of the opposing party.

The Court has reviewed BRP's motion and has determined that the fees and expenses

requested in connection with the January 23, 2007, hearing are reasonable. It therefore **GRANTS** the motion (Doc. 38) for those fees and expenses and **ORDERS** that, pursuant to the authority granted in Rule 16(f), on or before March 30, 2007, plaintiff's attorney Paula M. Newcomb shall pay the defendant $284.00 and shall file a notice of compliance with this order. Failure to comply with this order may result in further sanctions by the Court pursuant to Federal Rule of Civil Procedure 41.

## II.     Costs of Litigation

The Court **GRANTS** the motion (Doc. 38) for litigation costs. Accordingly, pursuant to 28 U.S.C. § 1920 and Federal Rule of Civil Procedure 54(d)(1), the Court awards costs in the amount of $513.85 to BRP as the prevailing party in this case.

**IT IS SO ORDERED.**
**DATED this 7th day of March, 2007.**

> s/ J. Phil Gilbert
> **J. PHIL GILBERT**
> **UNITED STATES DISTRICT JUDGE**